Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMY KATHERINE RIGGS,<br><br>　　　　　　Defendant. | 2:23-CR-0045-SAB<br><br>NOTICE OF REVIEW OF PSIR |

　　　Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the United States has reviewed the draft PSIR (ECF. 41).

　　　The United States believes the PSIR to be an excellent factual summary of a diverse set of facts and events. Pursuant to the Plea Agreement, the United States is not recommending a 2-level stash house enhancement.

　　　　DATED this 15th day of February, 2024.

　　　　　　　　　　　　　　　Vanessa R. Waldref
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*s/Caitlin Baunsgard*
　　　　　　　　　　　　　　　 Caitlin Baunsgard
　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF REVIEW OF PSIR - 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Matt Duggan

*s/Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

NOTICE OF REVIEW OF PSIR - 2