Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:23-CR-00045-RMP-1 |
| v. | SENTENCING MEMORANDUM |
| AMY KATHERIN RIGGS, | |
| Defendant. | |

Plaintiff, United States of America, by and through, Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Sentencing Memorandum.

**A. <u>PRE-SENTENCE INVESTIGATION REPORT</u>**:

As noted in its review of the PSIR (<u>ECF.</u> 43) and in the Plea Agreement, the United States is not recommending the Court impose a 2-level enhancement for maintaining a 'stash house' pursuant to USSG §2D1.1(b)(12).

SENTENCING MEMORANDUM - 1

1. *Stash House – §2D1.1(b)(12)*:

Judge Dimke recently noted in the sentencing for *U.S. v. Bejar-Cardenas* (4:23-CR-60001-MKD) that this enhancement is not equitably applied in this District – meaning, only recently the United States and the PSIR are recommending this enhancement. That is certainly not to say that change cannot be made. However, Judge Dimke determined that unlike other guideline enhancements (*i.e.* dangerous weapon), this 'stash house' enhancement requires more of a particularized involvement of a defendant to be applicable versus other enhancements which are to be more generally applied and subject to greater joint liability principles.

Here, the organization the Defendant worked with unequivocally operated many stash houses in the Spokane, Washington area. The evidence is also clear that the Defendant would go to those various stash houses to pick up her drug order, or on occasions a runner would deliver it to her. However, it does not appear that this Defendant was responsible for their operation or endorsed their use with her own conduct. Based on the totality of the circumstances, the United States is not recommending this particular 'stash house' enhancement to this Defendant. The United States maintains the Defendant's adjusted Base Offense Level should be 39. With a Criminal History Category I, her advisory guideline range would be 262-327 months.

SENTENCING MEMORANDUM - 2

The Defendant has raised several objections to the PSIR, which the United States disputes.

2. *Possession of a Dangerous Weapon – § 2D1.1(b)(1)*:

The Defendant contends a 2-level enhancement for possession of a dangerous weapon should not be applied to her. See ECF. 42 at p. 1-2. As noted in the Addendum, there were multiple firearms connected with this offense. Two firearms appear particularly appropriate to hold the Defendant accountable for.

    a) Firearm in Her Bag in Her Vehicle:

As noted in the PSIR, a firearm was recovered from the Defendant's vehicle, in her bag. The evidence in this case shows the Defendant was one of the largest and most consistent customers of this drug trafficking organization, operating at a kilogram-level of heroin, multiple pound-level of methamphetamine, and 5,000-10,000-level fentanyl pills at a time. *See e.g.* PSIR at p. 9 ¶¶ 31-37. Multiple search warrants corroborate the fact this organization can consistently move that level of drugs, despite multiple law enforcement interventions.

In the midst of her drug trafficking activities, a traffic stop was conducted on her vehicle, and a search warrant was executed in April 2022. Of note, in the purse she advised was hers, there were $13,000 in U.S. Currency[1] (noted, there is no record of the Defendant being lawfully employed). In the center console / cup holder area of

---

[1] The State of Washington forfeited this money as drug proceeds after a contested administrative hearing.

SENTENCING MEMORANDUM - 3

the vehicle, the cell phone she utilized during her attempt to obtain the stolen drugs back from Brady BAUGHMAN (*infra*) was located. In a Michael Kohr's brand fashion backpack in the vehicle, a firearm was located, along with paperwork in the Defendant's name, as well as the name of her paramour, Jody WALLETTE. There was no other individual in the vehicle. The connection between firearms and drug trafficking, to include the need for protection while carrying around a large amount of drug proceeds, it well-recognized. Further, as noted by 2 separate cooperating defendants, as well as her own text messages, the Defendant was an "enforcer" for the group, who was willing to go collect drug debts from individuals who owed money to the leader in Mexico. Certainly, a firearm is a tool of that trade.

Based on this factual presentment, the United States submits a 2-level enhancement is appropriate.

  b) <u>Firearm Utilized to During Retribution of Drug Robbery</u>:

In addition to the firearm in her possession during the April 2022 traffic stop, the Defendant could also receive the 2-level enhancement from the firearm possession during the February 2022 robbery. As noted in the PSIR, Brady BAUGHMAN[2] stole approximately 16 pounds of methamphetamine and about 50,000 fentanyl laced pills from two runners for the organization. The leader in Mexico was immediately notified and, despite numerous other individuals who the leader could call on, he immediately dispatched the Defendant to reacquire his product. The leader gained

---

[2] 2:22-CR-72-MKD

SENTENCING MEMORANDUM - 4

access to an electronic device that was in BAUGHMAN's vehicle and provided the Defendant with updated location information for BAUGHMAN's vehicle. Telephone toll data shows the Defendant was in contact with the leader at least 74 times during this event.

As revealed by her own text messages, the Defendant recruited others, to include Daniel SKJOLD, to help track down BAUGHMAN. In the below text messages, the Defendant (509) 629-0831 is texting with the leader in Mexico (international number 5.26675E and his 509 number), who is providing her the location data from the iPad that is in BAUGHMAN's vehicle. The Defendant is also texting with others she is recruiting for this "lick" (*i.e.* robbery), which she will pay for in drugs (i.e. "Jordans" and "waters").

SENTENCING MEMORANDUM - 5

| Date/Time | From | To | Message |
|---|---|---|---|
| 2/6/2022 21:20 | 5.26675E+11 | 15096290831 | 5512 n sotherinzham hill |
| 2/6/2022 21:20 | 5.26675E+11 | 15096290831 | Thats were the live tablet is |
| 2/6/2022 21:20 | 5.26675E+11 | 15096290831 | 5512 N Fotheringham |
| 2/6/2022 21:23 | 15096290831 | 15098637158 | U want this lick right now? |
| 2/6/2022 21:23 | 15096290831 | 15098637158 | 50 Jordan's an 25 waters |
| 2/6/2022 21:24 | 15096290831 | 15098637158 | Or I'll try anyone |
| 2/6/2022 21:24 | 15096290831 | 15098637158 | Someone else |
| 2/6/2022 21:24 | 15096290831 | 15098637158 | It's super time sensitive |
| 2/6/2022 21:31 | 5.26675E+11 | 15096290831 | He's at 2705 W Columbia!! |
| 2/6/2022 21:32 | 15096290831 | 5.26675E+11 | On my way! |
| 2/6/2022 21:39 | 15096290831 | 5.26675E+11 | What kind of car is it |
| 2/6/2022 21:41 | 15096290831 | 15092301747 | Someone is coming up to the room let them in please |
| 2/6/2022 21:41 | 15092301747 | 15096290831 | Yes ma'am |
| 2/6/2022 21:42 | 15096290831 | 5.26675E+11 | Hello |
| 2/6/2022 21:43 | 15096290831 | 5.26675E+11 | And who's car is it ?? Is it your car |
| 2/6/2022 21:48 | 5.26675E+11 | 15096290831 | Tan ed buick |
| 2/6/2022 21:48 | 5.26675E+11 | 15096290831 | |
| 2/6/2022 21:49 | 5.26675E+11 | 15096290831 | Its hes car |
| 2/6/2022 21:50 | 15096290831 | 5.26675E+11 | Nope |
| 2/6/2022 21:50 | 15096290831 | 5.26675E+11 | Nope |
| 2/6/2022 21:50 | 15096290831 | 5.26675E+11 | I can't call you |
| 2/6/2022 21:52 | 5.26675E+11 | 15096290831 | 4018 w rowan ave 99205 |
| 2/6/2022 21:52 | 15098504089 | 15096290831 | Just call me back on this number when u want me to call you |
| 2/6/2022 21:52 | 15096290831 | 15095087959 | New addresss |
| 2/6/2022 21:52 | 5.26675E+11 | 15096290831 | 5611 n driscoll blvd 99205 |
| 2/6/2022 21:55 | 5.26675E+11 | 15096290831 | 5611 n driscoll blvd 99205 |
| 2/6/2022 21:54 | 15096290831 | 15095087959 | 4018 w rowan ave 99205 |
| 2/6/2022 21:54 | 15096290831 | 15095087959 | New addresss again |
| 2/6/2022 21:54 | 15096290831 | 15095087959 | He's moving fast and your hella slow |
| 2/6/2022 21:54 | 15096290831 | 15095087959 | U want this or not? |
| 2/6/2022 21:54 | 15096290831 | 15098504089 | One mile away |
| 2/6/2022 22:26 | 15096290831 | 15095087959 | Going up belt street |
| 2/6/2022 22:27 | 15096290831 | 15095087959 | Where the fuck are u |
| 2/6/2022 22:28 | 15095087959 | 15096290831 | I'm about to get off the freeway on Maple right now |
| 2/6/2022 22:33 | 15095087959 | 15096290831 | Where you at right now |
| 2/6/2022 22:33 | 15095087959 | 15096290831 | I'm about to turn on Northwest Boulevard I'm going to |
| 2/6/2022 22:33 | 15096290831 | 15095087959 | Dally street |
| 2/6/2022 22:33 | 15096290831 | 15095087959 | Dalke |

SENTENCING MEMORANDUM - 6

| Date/Time | From | To | Message |
|---|---|---|---|
| 2/6/2022 22:36 | 15095087959 | 15096290831 | Going over at the nom nom |
| 2/6/2022 22:39 | 15095087959 | 15096290831 | Where am I going |
| 2/6/2022 22:43 | 15096290831 | 15095087959 | Cops got the car |
| 2/6/2022 22:47 | 15095087959 | 15096290831 | What the fuck where you at |
| 2/6/2022 22:47 | 15096290831 | 15098504089 | Address please |
| 2/6/2022 22:47 | 15096290831 | 15098504089 | Time sensitive |
| 2/6/2022 22:48 | 15096290831 | 15095087959 | Cops got the car |
| 2/6/2022 22:49 | 15095087959 | 15096290831 | So it's over or what where's the people at |
| 2/6/2022 22:49 | 15096290831 | 15095087959 | I'm waiting on an addresss to where he lives |
| 2/6/2022 22:50 | 15095087959 | 15096290831 | I am sitting in the parking lot at O'Reilly's on Rowan and the one ways |
| 2/6/2022 22:50 | 15098504089 | 15096290831 | Ok |
| 2/6/2022 22:49 | 15096290831 | 15095087959 | They took off on foot |
| 2/6/2022 22:49 | 15096290831 | 15095087959 | But my buddy said they did stop by there house first |
| 2/6/2022 22:50 | 15095087959 | 15096290831 | Yeah we need to get him let's go there |
| 2/6/2022 22:50 | 15551110000 | 15096290831 | 📶 |
| 2/6/2022 22:50 | 15551110000 | 15096290831 | 📶 |
| 2/6/2022 22:50 | 15098504089 | 15096290831 | 5608 n alberta st 99205 |
| 2/6/2022 22:50 | 15095087959 | 15096290831 | Give me the address and give me the guy's name |

During this pursuit, the Defendant's Range Rover (occupied by SKJOLD and the Defendant) was observed on camera locating BAUGHMAN's tan Buick. Muzzle flashes from a firearm can then be seen coming out the driver's side window in the direction of BAUGHMAN's vehicle. Per cell phone tower data, the Defendant's cell phone (the one she is texting on) was at the same locations as the Range Rover that evening, confirming she was in the vehicle. While it is unknown at this time who pulled the trigger, there is no question the Defendant was in the vehicle. The messages continued:

SENTENCING MEMORANDUM - 7

| Date/Time | From | To | Message |
|---|---|---|---|
| 2/6/2022 22:50 | 15095087959 | 15096290831 | Phone number all the info you can I'll have that fucker within the hour |
| 2/6/2022 22:54 | 15098504089 | 15096290831 | The other adress is |
| 2/6/2022 22:52 | 15098504089 | 15096290831 | 5611 n driscoll blvd 99205 |
| 2/6/2022 22:52 | 15096290831 | 15095087959 | Brady baughman |
| 2/6/2022 22:52 | 15096290831 | 15095087959 | Windows to the car got shot out some how |
| 2/6/2022 22:52 | 15096290831 | 15095087959 | |
| 2/6/2022 22:54 | 15098504089 | 15096290831 | And also the 3rd one is |
| 2/6/2022 22:55 | 15098504089 | 15096290831 | 3006 w rowan ave 99205 |
| 2/6/2022 22:53 | 15096290831 | 15098504089 | 5611 n driscoll blvd 99205 |
| 2/6/2022 22:55 | 15095087959 | 15096290831 | Okay will you meet me on the street right now so I can talk to you face to face real quick |
| 2/6/2022 23:02 | 15095087959 | 15096290831 | I'm at the Conoco on Maple and Rowan |
| 2/6/2022 22:53 | 15096290831 | 15098504089 | No no alberta an the one in 3rd |
| 2/6/2022 22:54 | 15096290831 | 15095087959 | 5608 n alberta st 99205 |
| 2/6/2022 22:54 | 15095087959 | 15096290831 | Is that where you're at or is that his house |
| 2/6/2022 22:55 | 15096290831 | 15095087959 | Brady bailed from the car cops found back pack with some but I don't think all of it |
| 2/6/2022 22:55 | 15096290831 | 15095087959 | No I'm on east side cause on marshal |
| 2/6/2022 22:55 | 15096290831 | 15095087959 | At the marshal apt |
| 2/6/2022 23:02 | 15095087959 | 15096290831 | Okay can I come over there and talk to you real quick |
| 2/6/2022 22:57 | 15096290831 | 15095087959 | 3006 w rowan ave 99205 |
| 2/6/2022 23:01 | 15098504089 | 15096290831 | I bet brady is at female reggie house on the corner boone and adams |
| 2/6/2022 23:04 | 15098504089 | 15096290831 | I think thats were he left the stuff |
| 2/6/2022 23:07 | 15098504089 | 15096290831 | Female reggie is on of his good friends |
| 2/6/2022 23:07 | 15098504089 | 15096290831 | Im getting the exact adress |
| 2/6/2022 23:06 | 15096290831 | 15095087959 | Hurry up |
| 2/6/2022 23:06 | 15096290831 | 15095087959 | Hurry |
| 2/6/2022 23:06 | 15096290831 | 15095087959 | We are gonna go to Boone an adams |
| 2/6/2022 23:06 | 15096290831 | 15098504089 | K I'll head there |
| 2/6/2022 23:08 | 15096290831 | 15098504089 | Kk but did he stop by there when he came back to town |

In the United States' opinion, this jointly undertaken activity would warrant a 2-level dangerous weapon enhancement for this Defendant (as well as the credible use of violence enhancement that is not contested).

B. **SENTENCING RECOMMENDATION**:

Based on the totality of the circumstances, the United States is recommending a 180-month term of incarceration with a 5-year term of supervised release to follow. The United States respectfully submits such a sentence would be sufficient but not greater than necessary to accomplish the goals of sentencing and achieve an appropriate balance of the 18 U.S.C. § 3553(a) factors.

SENTENCING MEMORANDUM - 8

While the Defendant has no criminal history, she made the unfortunate choice to involve herself in the trafficking of an obscene, egregious amount of heroin, methamphetamine, and fentanyl into the community. If that was not harmful enough, she established herself as a "go-to" enforcer for the leader in Mexico. She also facilitated the continuation of the conspiracy by providing intel to the leader in Mexico about organization members who were arrested in order to ensure the success of the venture. In other words, she jumped in with both feet (and then some). She had multiple opportunities to get out, to be a mother to her daughter. Instead, she chose these people over, and over, and over again.

The Defendant's own words say it best. The following text messages are between the Defendant ((509) 629-0831) and the mid-level manager for the organization ("CD") who dealt with logistics of bringing workers and the drugs up from Mexico ((509) 418-6452).[3]

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 1/28/2022 | 14:51 | 15096290831 | 15094186452 | Look I'm not tryn to be mean but u gotta listen .. I've been in this town a long time .. I'm jus tryn to keep everyone safe and no one wants to listen I told |
| 1/28/2022 | 14:51 | 15096290831 | 15094186452 | tawny to move out of the house to many people sending money to Mexico |
| 1/28/2022 | 14:51 | 15096290831 | 15094186452 | They Steven about that too |
| 1/28/2022 | 14:52 | 15096290831 | 15094186452 | He's gonna roll an I'll bet u Jose will too cause he should have been on the roster by now .. Steven said he pointed out Jose phone |

Of note, this text exchange occurred just after DEA arrested individuals fleeing from two organization stash houses in this case:

---

[3] The CD has pled guilty to this role and admitted to participation in these text conversations with the Defendant.

SENTENCING MEMORANDUM - 9

- Yancarlos ARREDONDO[4] was arrested as he ran from the Maxwell St. stash house with a large bag of drugs, money, and guns. This was also the residence of Zach WOOD[5], who was not present at the time of the execution of the warrant. Controlled buys from WOOD were conducted out of the Maxwell St. residence; and

- Jorge VALENZUELA-MEDRANO[6] (aka "Jose") and Steven DAANEN were arrested as they hurriedly drove away from a stash house located on the South Hill, with a big bag of drugs, money, and guns. Of note, the South Hill stash house was not searched at that time as DAANEN and VALENZUELA were caught with an enormous bag of drugs, guns, cell phones, and currency. DAANEN was ultimately released.

In the messages, the Defendant indicates to CD that she is trying to "keep everyone safe" and believes that DAANEN and VALENZUELA were going to "roll" (*i.e.* cooperate), based on the fact she had not seen them on the jail roster yet.

CD responded that she/he was going to lay low for awhile and would reach out via text message. The Defendant did not follow CD's lead. Rather, she continued texting with CD:

| 1/28/2022 14:54 | 15096290831 | 15094186452 | I'm guessing they got both the Mexicans at least an idk where Zack is at or his Gurl and when they catch up to Steven again probably him too |

The CD affirmed law enforcement arrested both "Mexicans" (referring to ARREDONDO and VALENZUELA by context).

This law enforcement intervention, however, did not dissuade the Defendant's conduct or diminish her zeal for participation in this venture. Rather, she in essence

---

[4] 2:22-CR-18-RMP
[5] 2:22-CR-104-MKD
[6] 2:22-CR-19-MKD

SENTENCING MEMORANDUM - 10

doubled down and wanted to collect the organization's drug debts (which was also relayed by two separate CDs):

| 1/28/2022 14:55 | 15096290831 | 15094186452 | One question ... does that mean I can go collect from the book |

CD responded, clarifying, "what book", and the Defendant explicitly stated she was referring to the organization's drug ledgers and that she wanted to "go collect from all Alex's [leader in Mexico] bitch ass people".

| 1/28/2022 14:57 | 15094186452 | 15096290831 | What book |
| 1/28/2022 14:56 | 15096290831 | 15094186452 | I kinda wanna go collect from all Alex's bitch ass people |
| 1/28/2022 14:57 | 15094186452 | 15096290831 | Go that's on you do it |
| 1/28/2022 14:58 | 15096290831 | 15094186452 | I'm in a mood ... an I think that we'll really push him out of the picture ... the ledgers |
| 1/28/2022 14:58 | 15096290831 | 15094186452 | I'm in a mood ... an I think that we'll really push him out of the picture ... the ledgers |
| 1/28/2022 14:58 | 15096290831 | 15094186452 | They got names dates places amounts .. |

The Defendant continued that she went to the South Hill stash house as well as the stash house on Maxwell and kicked open doors, took ammunition, a safe, warrant inventories, etc. She noted that the "Mexican [that] stays at zacks [and] he took the work", which is accurate, as ARREDONDO was arrested leaving Zach WOOD's Maxwell residence with a bag full of drugs, guns, and currency.

SENTENCING MEMORANDUM - 11

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 1/28/2022 | 15:03 | 15096290831 | 15094186452 | When I showed up the other dude Steve-O was loading the back of a jeep with another dude ... I kicked in Jose door took ammo and whatever papers I seen and then |
| 1/28/2022 | 15:03 | 15096290831 | 15094186452 | I kicked in tawny she had a small safe bong took that then I did Steven's door ... Steve-o took a black box when I wasn't looking I grabbed a green safe then |
| 1/28/2022 | 15:03 | 15096290831 | 15094186452 | Steve-O took whatever else he wanted |
| 1/28/2022 | 15:04 | 15094186452 | 15096290831 | Fuck so all the work gone |
| 1/28/2022 | 15:04 | 15094186452 | 15096290831 | Ok fuck it |
| 1/28/2022 | 15:06 | 15096290831 | 15094186452 | That's jus it the cops never hit the house for some reason ... that's because they got a rat that's super close to the circle... then I was told the other |
| 1/28/2022 | 15:06 | 15096290831 | 15094186452 | That's jus it the cops never hit the house for some reason ... that's because they got a rat that's super close to the circle... then I was told the other |
| 1/28/2022 | 15:06 | 15096290831 | 15094186452 | Mexican stays at zacks an he took the work befor Jose left the house with Steven |
| 1/28/2022 | 15:06 | 15096290831 | 15094186452 | So I went there .. door was already kicked in found a little safe with 1000 bucks then I seen the warrant papers an bounced |

The Defendant even opined they had a "rat" in their "circle."

It is with this backdrop that, about 1 month later, BAUGHMAN stole the organization's drugs from two runners in Spokane and the leader called on the Defendant to retrieve his drugs. While she was not ultimately successful, it wasn't for her lack of trying[7]. Of note, however, even this did not dissuade her participation. Rather, in April 2022, the Defendant was located with $13,000 in U.S. Currency and a firearm (discussed above). Several days later, the Defendant, and many of her belongings, were located at one of the organization's new stash houses in Spokane when a search warrant was served at that location.

The balance of the 18 U.S.C. § 3553(a) factors is particularly difficult in this case. On one hand, the Defendant has no criminal history and comes from a stable

---

[7] In basic summary, after shots were fired from the Defendant's Range Rover at BAUGHMAN's vehicle, a concerned citizen called 911. Spokane Police responded and attempted to contact BAUGHMAN's vehicle. He fled on foot and dropped the kitty litter containers full of drugs, which were collected as evidence.

SENTENCING MEMORANDUM - 12

family by all accounts. She does have a reported history of substance abuse. On the other hand, the Defendant involved herself with an organization, distributed a tremendous amount of drugs into the community, and relished in the fact she was an enforcer for the organization. On balance, the United States is recommending a 180-month term of incarceration. This is a significant period of time. During that time, if the Defendant wants, she can avail herself of opportunities of sobriety, education, vocational training, etc., and come out of prison a better person for her daughter. On the other hand, the Defendant could take the opportunity for further commit to this lifestyle to the determent of her family. Of concern, the Defendant told the PSIR author she intends to maintain her relationship with Jody WALLETTE, who is a significant drug trafficking in his own right. Their continued affiliation does not bode well for her future.

    Based on the totality of the circumstances, the United States asks the Court to follow its recommendation.

    DATED this 8th day of March 2024.

> Vanessa R. Waldref
> United States Attorney
>
> *s/ Caitlin Baunsgard*
> Caitlin Baunsgard
> Assistant United States Attorney

SENTENCING MEMORANDUM - 13

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically filed the foregoing as a restricted document with the Clerk of the Court using the CM/ECF system, and will not email notification of such filing therefore I have emailed a copy of this filing to the following:

Matt Duggan

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

SENTENCING MEMORANDUM - 14